122 F.3d 1076
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
J. Phillip WILLIAMS, Plaintiff,
and
Herbert EISEN, Trustee for Margaret m. Eisen Family Trust,
Plaintiff-intervenors,
v.
MGM-PATHE COMMUNICATIONS CO.; Pathe Communications
Corporation; Credit Lyonnais Bank, Credit
Lyonnais Bank Nederland N.V.; Giancarlo
Parretti, Defendants-Appellees.
 No. 96-55473.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted July 7, 1997.
Decided Sept. 4, 1997.
 
 1
 Redesignated as opinion November 19, 1997.